# EXHIBIT A



# Service of Process Transmittal
04/29/2021
CT Log Number 539472004

| | |
|---|---|
| **TO:** | Legal Operations B6-260b<br>Transform Holdco<br>3333 BEVERLY RD<br>HOFFMAN ESTATES, IL 60179-0001 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | TRANSFORM SR BRANDS LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Armando Fierro, Individually And On Behalf Of All Others Similarly Situated, Pltf. vs. Transform SR Brands, LLC, Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 2021CH01649 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 04/29/2021 at 12:43 |
| JURISDICTION SERVED : | Illinois |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 04/30/2021, Expected Purge Date: 05/05/2021<br><br>Image SOP<br><br>Email Notification,  Transform Legal  legalint@transformco.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AS



# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Apr 29, 2021

**Server Name:** Michael Mitchell

| Entity Served | TRANSFORM SR BRANDS LLC |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 2021-CH-01649 |
| Jurisdiction | IL |



FILED
4/7/2021 11:25 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01649
12860404

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

ARMANDO FIERRO,, individually and on behalf of all similarly situated

Plaintiff(s)

v.

TRANSFORM SR BRANDS, LLC,

Case No. 2021-CH-01649

Defendant(s)

CT Corp System, 208 S. LaSalle St., Ste. 814, Chicago, 60604

Address of Defendant(s)

Please serve as follows (check one):  ☐ Certified Mail  ☐ Sheriff Service  • Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

| Summons - Alias Summons | (12/01/20) CCG 0001 B |
|---|---|

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

FILED DATE: 4/7/2021 11:25 AM 2021CH016-9

Atty. No.: 33422
Pro Se 99500
Name: Law Office of James X. Bormes, P.C.
Atty. for (if applicable): Plaintiff
Address: 8 South Michigan Ave., Suite 2600
City: Chicago
State: IL  Zip: 60603
Telephone: 312-201-0575
Primary Email: jxbormes@bormeslaw.com

Witness date 4/7/2021 11:25 AM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
Court date EMAIL: ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
Court date EMAIL: CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
Court date EMAIL: CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
Court date EMAIL: DRCourtDate@cookcountycourt.com
   OR
   ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
Court date EMAIL: DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
Court date EMAIL: LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
Court date EMAIL: ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
Court date EMAIL: D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
Court date EMAIL: D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
Court date EMAIL: D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
Court date EMAIL: D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
Court date EMAIL: D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

**12-Person Jury**

Return Date: No return date scheduled
Hearing Date: 8/4/2021 9:30 AM - 9:30 AM
Courtroom Number: 2402
Location: District 1 Court
Cook County, IL

FILED
4/6/2021 3:25 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01649

FILED DATE: 4/6/2021 3:25 PM 2021CH01649

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

12850309

| | |
|---|---|
| ARMANDO FIERRO, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: _____ |
| v. | )<br>) DEMAND FOR JURY TRIAL |
| TRANSFORM SR BRANDS, LLC, | )<br>)<br>) |
| Defendant. | ) |

## CLASS ACTION COMPLAINT

COMES NOW Plaintiff, Armando Fierro ("Fierro" or "Plaintiff"), individually and on behalf of others similarly situated, and for his Complaint against Defendant Transform SR Brands, LLC ("Sears" or "Defendant"), states as follows:

### BACKGROUND AND PARTIES

1. Plaintiff Armando Fierro brings this case to protect the privacy rights of himself and a class of similarly situated people who were improperly called on their cell phones by Defendant Transform SR Brands, LLC despite registering their numbers on the National Do Not Call Registry.

2. In the early 1990s, Congress enacted the Telephone Consumer Protection Act ("TCPA") to protect consumers' privacy rights, namely, the right to be left alone from unwanted telemarketing phone calls. A leading sponsor of the TCPA described unwanted telemarketing calls as "the scourge of modern civilization." 137 Cong. Rec. 30821 (1991).

3. The TCPA affords special protections for people who registered their cell phone numbers on the National Do Not Call Registry. Specifically, the TCPA provides that each person

who receives more than one call on their cell phone after being registered on the National Do Not Call Registry is entitled to recover a penalty of $500 per call.

4. In March 2021 alone, approximately 4.9 billion robocalls were placed in the United States. RobocallIndex.com, YouMail Robocall Index, https://robocallindex.com (last visited Apr. 2, 2021). The private right of enforcement of the TCPA is critical to stopping the proliferation of these unwanted telemarketing calls. For example, while the Federal Communications Commission levied over $200 million in penalties against telemarketers between 2015 and 2018, it collected less than $7,000 of that amount. *See* Sarah Krouse, *The FCC Has Fined Robocallers $208 Million. It's Collected $6,790*, THE WALL STREET JOURNAL, March 28, 2019, https://www.wsj.com/articles/the-fcc-has-fined-robocallers-208-million-its-collected-6-790-11553770803.

5. Plaintiff Armando Fierro sought to protect his right to be left alone from telemarketing calls by registering his cell phone number, 563-XXX-8138, on the National Do Not Call Registry.

6. Fierro registered his cell phone number on the National Do Not Call Registry in August 2011.

7. Fierro is an individual who resides in the State of Iowa.

8. Defendant Transform SR Brands LLC is a Delaware Corporation who is registered as a foreign limited liability company. Defendant owns a business and brand called "Sears." Defendant Transform SR Brands LLC is referred to as "Sears" in this Complaint.

9. Sears's headquarters is in Cook County, Illinois.

10. Sears has been in good standing and authorized to transact business in the State of Illinois at all times relevant to this Complaint.

FILED DATE: 4/6/2021 3:25 PM 2021CH01649

11. Sears transacts business in Cook County, Illinois and throughout the United States.

12. Sears sells a variety of products, including, not limited to warranty products.

13. On March 20, 2021, Fierro received a call on his cell phone from Sears. The phone number that appeared on Fierro's cell phone was 1-800-927-2291.

14. On March 21, 2021, Fierro received a second call on his cell phone from Sears. The phone number that appeared on Fierro's cell phone is 1-800-927-2291.

15. Phone number 1-800-927-2291 is associated with Sears.

16. A person who calls phone number 1-800-927-2291 is greeted with a recorded message that says, "Thank you for calling Sears Protection Agreements." The recorded message continues, "To purchase or renew a protection agreement, press 1."

17. The Sears representative called Fierro for the purpose of selling him a warranty product.

18. Fierro did not consent to Sears to contact him on his cell phone.

19. The putative class members for this class action are from around the United States, including the State of Illinois, and are spread throughout the United States and all of the counties of the State of Illinois.

## CLASS ACTION ALLEGATIONS

20. Pursuant to Illinois Code of Civil Procedure 5/2-802(a), Plaintiff brings this lawsuit as a class action on behalf of itself and on behalf of others similarly situated. This action satisfies the requirements of numerosity, commonality, adequacy of representation and predominance. Only to the extent it is a requirement under applicable law, the proposed class satisfies the elements of ascertainability and typicality.

21. The proposed class that Plaintiff seeks to represent is tentatively defined as follows:

3

For four years prior to the filing of this suit until the date a class is certified, all persons in the United States who: (1) received more than one telephone call from Sears (or someone acting on its behalf) during a 12 month period relating to the purchase of a warranty; and, (2) were registered on the Do Not Call Registry for more than 30 days at the time the calls were received.

22. Plaintiff reserves the right to add administrative subclasses, or to amend the definition of the proposed class, during the lawsuit proceedings.

23. The members of the proposed class are so numerous that joinder of all members is impracticable. Plaintiff reasonably believes that hundreds or thousands of people have been harmed by Sears's actions. The names and phone numbers of the members of the proposed class are readily identifiable through records available to Sears.

24. Most members of the proposed class have suffered damages in an amount such that it would make filing separate lawsuits by individual members economically infeasible.

25. On information and belief, Sears has called and continues to call people who are registered on the National Do Not Call Registry. It is reasonable to expect that Sears will continue to make such calls absent this lawsuit.

26. Common questions of law and fact exist as to all members of the proposed class and predominate over any questions affecting only individual members. The questions of law and fact common to the proposed class include, but are not limited to, whether Sears called cell phone numbers that were registered on the National Do Not Call Registry and whether such calls violate the TCPA.

27. Only to the extent required by law, Plaintiff's claim is typical of the claims of the proposed class members because Plaintiff's claim arose from the same practice that give rise to the claims of the members of the proposed class and is based on the same legal theories. Plaintiff is not different in any relevant matter from members of the proposed class.

FILED DATE: 4/6/2021 3:25 PM 2021CH01649

28. Plaintiff and his counsel will fairly and adequately protect the interests of the members of the proposed class. Plaintiff's interests do not conflict with the interests of the proposed class he seeks to represent. Plaintiff has retained lawyers who are competent and experienced in class action and TCPA litigation. Plaintiff and Plaintiff's counsel have the resources to litigate this class action, and Plaintiff and counsel are aware of their responsibilities to the putative members of the class and will discharge those duties. Plaintiff reserves the right to join other unnamed class members into this lawsuit.

29. A class action is superior to all individual lawsuits for this controversy. Joinder of all proposed members of the proposed class in one action is impracticable if not impossible and prosecuting hundreds or thousands of individual actions is not feasible. The size of the individual claims is likely not large enough to justify filing a separate action for each claim. For many, if not most, members of the proposed class, a class action is the only procedural mechanism that will allow recovery. Even if members of the proposed class had the resources to pursue individual litigation, that method would be unduly burdensome to the courts. Individual litigation could also result in inconsistent adjudications.

30. In contrast, a class action is superior in that it will benefit the court and litigating parties through efficiency, economy of scale and unitary adjudication resulting from supervision of the litigation by a single court.

31. Questions of law and fact, particularly the propriety of calling cell phone numbers registered on the National Do Not Call Registry, predominate over questions affecting only individual members.

32. Sears has acted or refused to act on grounds that apply generally to the class, so final injunctive relief or corresponding declaratory relief is appropriate with respect to the class as a whole.

### Count I - Violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

33. Fierro incorporates by reference the allegations of the previous paragraphs as if fully stated in this count.

34. The TCPA provides that is a violation of the law for a person whose phone number is registered on the National Do Not Call Registry to receives more than one call on their cell phone "within any 12-month period by or on behalf of the same entity." *See* 47 U.S.C. §§ 227(c)(1), (c)(5); 47 C.F.R. § 64.1200(c)(ii).

35. The penalty for each call placed in violation of the TCPA's restrictions on calling cell phone numbers registered on the National Do Not Call Registry is $500 per call and up to $1,500 per call if the violation is determined to be willful. *See* 47 U.S.C. §§ 227(c)(5).

36. In addition, the TCPA allows the Court to enjoin Sears's violations of the TCPA's regulations prohibiting calls to cell phone numbers registered on the National Do Not Call Registry. *See* 47 U.S.C. §§ 227(c)(5)(A).

37. By making calls to the cell phones of Fierro and the putative class members after the numbers were registered on the National Do Not Call Registry, Sears violated the TCPA, including, but not limited to, 47 U.S.C. §§ 227(c)(1) and the TCPA's corresponding regulations.

38. Sears knew or should have known that the putative class members had their numbers registered on the National Do Not Call Registry.

39. Fierro and the putative class members are entitled to damages of $500.00 per call made by or on behalf of Sears and up to $1,500.00 per call if the Court finds that Sears willfully violated the TCPA.

40. Fierro and the putative class members are entitled to an order from the Court enjoining Sears from violating the TCPA's regulations that prohibit calls to cell phone numbers registered on the National Do Not Call Registry.

**Demand for Judgment**

WHEREFORE Plaintiff Armando Fierro, individually, and on behalf of all others similarly situated, requests the Court grant the following relief:

a. Enter an order against Defendant Transform SR Brands, LLC ("Sears"), pursuant to Illinois Code of Civil Procedure 5/2-802(a), certifying this action as a class action and appointing Plaintiff Armando Fierro as representative of the class;

b. Enter an order appointing Butsch Roberts & Associates LLC and Law Office of James X. Bormes, P.C. as counsel for the class;

c. Enter judgment in favor of Fierro and the putative class members for all damages available under the TCPA, including statutory damages of $500 per violation, or up to $1,500 per violation if LJF willfully violated the TCPA;

d. Enter judgment in favor of Fierro and the putative class members that enjoins Sears from violating the TCPA's regulations by calling cell phone numbers registered on the National Do Not Call Registry;

e. Award Fierro and the class all expenses of this action, and requiring Defendant to pay the costs and expenses of class notice and claims administration; and,

f. Award Fierro and the class such further and other relief the Court deems just and

FILED DATE: 4/6/2021 3:25 PM 2021CH01649

FILED DATE: 4/6/2021 3:25 PM 2021CH01649

appropriate.

Dated: April 6, 2021                        ARMANDO FIERRO, individually and on behalf of all others similarly situated,

*/s/ James X. Bormes*
James X. Bormes #6202568
Catherine P. Sons #6290805
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, Illinois 60603
Phone: (312) 201-0575
Fax: (312) 332-0600
33422
bormeslaw@sbcglobal.net
cpsons@bormeslaw.com

David T. Butsch #06205434
Christopher E. Roberts #6302857
Butsch Roberts & Associates LLC
231 S. Bemiston Ave., Suite 260
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
butsch@butschroberts.com
roberts@butschroberts.com

8