# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARMANDO FIERRO, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No: 1:21-cv-02856 |
| v. ) ) | Hon. John J. Tharp, Jr. |
| TRANSFORM SEARS HOME SERVICES LLC, ) ) | Hon. Sheila M. Finnegan |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Armando Fierro and Defendant Transform Sears Home Services, LLC, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. Any potential claims of putative class members are dismissed without prejudice.

DATED: January 18, 2023        BUTSCH ROBERTS & ASSOCIATES LLC

By:/s/ *Christopher E. Roberts*

David T. Butsch (#6205434)
Christopher E. Roberts (#6302857)
231 S. Bemiston Avenue, Suite 260
Clayton, MO 63105
T: (314) 863-5700
croberts@butschroberts.com
dbutsch@butschroberts.com
***Attorneys for Plaintiff Armando Fierro***

BAKER & HOSTETLER, LLP

By:/s/ *Matthew J. Caccamo*

John S. Letchinger (#6207361)
Matthew J. Caccamo (#6282605)
One North Wacker Drive, Suite 4500
Chicago, IL  60606
T:  (312) 416-6200
jletchinger@bakerlaw.com
mcaccamo@bakerlaw.com
***Attorneys for Defendants Transform SR Brands, LLC***